UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FILED
JUL 5 2011
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

| | |
|---|---|
| KATHY JOY KIRKENDALL, WESLEY SNYDER, BARBARA CAYA, and BONNIE SETH, on behalf of themselves and others similarly situated, | 07-CV-289 |
| Plaintiffs, | NOTICE OF APPEAL |
| vs. | |
| HALLIBURTON, INC., HALLIBURTON RETIREMENT PLAN, and DRESSER INDUSTRIES, INC. CONSOLIDATED RETIREMENT PLAN, | |
| Defendants. | |

Notice is hereby given that Kathy Joy Kirkendall, Wesley Snyder, Barbara Caya, and Bonnie Seth, plaintiffs, on behalf of themselves and a class of similarly situated persons, hereby appeal to the United States Court of Appeals for the Second Circuit from Judgment entered June 10, 2011 based upon the Court's June 09, 2011 Decision and Order on the docket, granting Defendants' Motion for Summary Judgment on the Pleadings.

Dated:  June 30, 2011

David B. Rodes, Esquire
Goldberg, Persky & White, PC
1030 Fifth Avenue
Pittsburgh, PA 15219
(412) 471-3980
(412) 471-8308 (facsimile)

Attorney for Plaintiffs