Judgment in a Civil Case

## United States District Court
### WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHY JOY KIRKENDALL, et al. | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 07-CV-289 G |
| v. | |
| HALLIBURTON, INC. et al. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Defendants' Motion for Summary Judgment is granted and that Plaintiff's Cross-Motion for Summary Judgment is denied.

Date: September 29, 2017        MARY C. LOEWENGUTH
                                CLERK OF COURT

                                By: s/Kirstie L. Henry
                                    Deputy Clerk