IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHY JOY KIRKENDALL, WESLEY SNYDER, BARBARA CAYA, and BONNIE SETH on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HALLIBURTON, INC., HALLIBURTON RETIREMENT PLAN, and DRESSER INDUSTRIES, INC. CONSOLIDATED RETIREMENT PLAN,<br><br>Defendants. | Case No. 1:07-cv-00289-FPG<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Kathy Joy Kirkendall, Wesley Snyder, Barbara Caya, and Bonnie Seth, Plaintiffs, on behalf of themselves and a class of similarly situated persons, hereby appeal to the United States Court of Appeals for the Second Circuit from this Court's September 29, 2017 Judgment based upon its Decision and Order of that date granting Defendants' Motion for Summary Judgment and denying Plaintiffs' Cross Motion for Partial Summary Judgment.

1

Dated:  October 26, 2017					Respectfully submitted,


						By:	*/s/ David B. Rodes*
							David B. Rodes, Esquire
							Goldberg, Persky & White, P.C.
							11 Stanwix Street, Suite 1800
							Pittsburgh, PA 15222
							(412) 471-3980 (phone)
							(412) 471-8308 (facsimile)
							drodes@gpwlaw.com

							Counsel for Plaintiffs

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon the following individuals via CM/ECF on this the 26th day of October, 2017:

>James S. Urban, Esquire
>jsurban@jonesday.com
>JONES DAY
>500 Grant Street,
>Suite 4500
>Pittsburgh, PA 15219-2514
>
>Counsel for Defendants

By: */s/David B. Rodes*
David B. Rodes, Esquire

Counsel for Plaintiffs